Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PAYTON, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BIDDING UNLIMITED INCORPORATED DBA BIDZ.COM, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 2:18-cv-03657 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 2nd day of May, 2018.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff